### Officers of Court *vs.* Wyatt.

[Warner, Chief Justice, was providentially prevented from presiding in this case.]

1. Where four defendants are jointly indicted and jointly tried, the clerk of court, under section 3695 of the Code, is only entitled to five dollars costs.

2. In such a case, under section 3696, the sheriff is not entitled to costs for taking the four appearance bonds—no provision being made in said section or elsewhere for such costs.

Jackson, Justice.

---

### Brantley *vs.* Buck *et al.*

A judgment in a claim case, declaring the property subject and directing that the *fi. fa.* proceed, is not a judgment for any sum certain so as to enable the supreme court to award damages against the claimant, under §4286 of the Code, for bringing up the case for delay. The claimant desiring to withdraw his writ of error, may have leave to do so, over the objection of opposing counsel. 45 *Ga.*, 316.

Bleckley, Justice.